UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00233

**Jody Ray Henry,**
*Petitioner,*

v.

**Rudy Flores,**
*Respondent.*

# ORDER

Petitioner Jody Ray Henry, a pretrial detainee confined in the Anderson County Jail proceeding pro se, filed the above-styled and numbered petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Doc. 4) concluding that petitioner's petition should be dismissed without prejudice for failure to exhaust state habeas corpus remedies and that a certificate of appealability should be denied.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. All motions not previously ruled on are denied. The clerk of court is directed to close this case.

*So ordered by the court on June 16, 2023.*

J. CAMPBELL BARKER
United States District Judge